O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 20 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES RAYMOND PHILLIPS,<br><br>　　　　　Defendant. | Case No. SA CR 08-00183 CJC<br><br>ORDER OF DETENTION<br><br>[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

　　　　The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable [Judge's Name], United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),　The Court finds that:

A.　(X)　The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

///

///

1 | B.   (X)   The defendant has not met his burden of establishing by clear and convincing
2 | evidence that he is not likely to pose a danger to the safety of any other person
3 | or the community if released under 18 U.S.C. § 3142(b) or (c). This finding
4 | is based on the nature of the charged offense and defendant's criminal history.

6 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
7 | revocation proceedings. While in custody, and subject to the Marshal's inspection,
8 | verification and approval, Defendant shall be allowed to keep and take medication that his
9 | doctor prescribed to treat Defendant's AIDs condition.

12 | Dated: June 20, 2014

　　　　　　　　　　　　　　　　　　　／s／　　Arthur Nakazato
　　　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE